OPINION — AG — THE STATUTES CREATING THE SPECIAL REVOLVING FUNDS REFERRED TO BY YOU IN YOUR LETTER, WHICH ARE ADMINISTERED BY THE OKLAHOMA INDUSTRIAL DEVELOPMENT AND PARK COMMISSION, AND THAT THE LEGISLATURE MAY NOT REQUIRE THE GOVERNOR'S APPROVAL OF CLAIMS AGAINST SAID FUNDS. HENCE, THAT PART OF 74 O.S. 1961 678 [74-678], REQUIRING SUCH APPROVAL IS VOID. CITE: OPINION NO. 65-349 (HARVEY CODY)